PROB 12B  
(7/93)

Report Date: February 12, 2013

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ugo Robledo                                   Case Number: 2:04CR02055-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 3/9/2005                              Type of Supervision:

Original Offense: Conspiracy to Possess With Intent              Date Supervision Commenced: 02/15/2013
to Distribute 500 Grams or More of a Mixture
Containing a Detectable Amount of
Methamphetamine, 21 U.S.C. § 846

Original Sentence: Prison - 135 Months;                          Date Supervision Expires: 02/14/2018
                   TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to U.S. vs. Stephens, the above modification, with the offender's consent, is being submitted for Your Honor's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/12/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
**Re: Robledo, Ugo**
**February 12, 2013**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[x]  The Modification of Conditions as Noted Above
[ ]  Other

s/ Fred Van Sickle
Signature of Judicial Officer

2/12/13
Date